**Order entered May 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00501-CV

## IN THE INTEREST OF A.H.J., A.H. AND A.H., CHILDREN

**On Appeal from the County Court at Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 87976CC**

## ORDER

We **GRANT** court reporter Becky Wheeler's April 29, 2015 request for extension of time to file reporter's record and **ORDER** the record be filed no later than May 11, 2015. *See* TEX. R. APP. P. 35.3(c). No further extensions will be granted absent exigent circumstances. If necessary, the trial court must arrange for a substitute reporter. *See id.* 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Dennis Jones, Presiding Judge of County Court at Law No. 1; Ms. Wheeler; and counsel for the parties.

/s/     ROBERT M. FILLMORE
PRESIDING JUSTICE